IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| The Estate of Dore Elizabeth Hanna, by and through her Personal Representative, King C. Hanna, Jr., and on behalf of a Class of Individuals Similarly Situated, ) ) ) ) ) Plaintiffs, ) vs. ) ) Agape Senior, LLC, and its subsidiary, Sister and Affiliated Corporations; Scott Middleton and his Agents, Assigns, and Representatives; Jackson and Coker Locum Tenens, LLC dba Jackson and Coker, ) ) ) ) ) ) Defendants. ) _____ ) | C/A: 3:12-2872-JFA  ORDER |

The stay previously entered in this case is hereby lifted. It appears to this court that this case is an appropriate candidate for alternative dispute resolution. Accordingly, the court hereby orders the parties to engage in mediation before a mutually agreed upon mediator within forty-five days from the date of this order. The deadlines for responding to all currently pending motions are hereby suspended. If the mediation is unsuccessful, the court will reinstitute new deadlines.

IT IS SO ORDERED.

January 11, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge