IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The Estate of Dora Elizabeth B. Hanna, by and through her personal representative, King C. Hanna, Jr., and on behalf of a class of individuals similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>Agape Senior, LLC and its subsidiary, sister, and affiliated corporations; Scott Middleton and his agents, assigns, and representatives; Jackson and Coker Locum Tenens, LLC d/b/a Jackson and Coker,<br><br>        Defendants. | C/A No.: 3:12-cv-2872-JFA<br><br><br><br><br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT JACKSON & COKER'S MOTION FOR SUMMARY JUDGMENT |

       Pursuant to this court's ruling announced in court during a hearing on May 21, 2013, the court hereby denies without prejudice Defendant Jackson and Coker Locum Tenens, LLC's ("Jackson & Coker") Motion for Summary Judgment. ECF No. 46. Though this case is currently stayed while the parties engage in mediation, the court will allow limited discovery regarding Jackson & Coker's involvement, if any, in the placement of Ernest Osei Addo at Agape Senior, LLC and its subsidiary, sister, and affiliated corporations (collectively "Agape"). Such limited discovery shall include a deposition of a 30(b)(6) witness from Jackson & Coker, depositions of any Agape representatives who had contact with Jackson & Coker regarding Addo, and reasonable

1

written discovery. This limited discovery shall be completed within sixty days of the date of this order. The remainder of the case is stayed until June 21, 2013.

    IT IS SO ORDERED.

May 28, 2013                                      Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge