IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The Estate of Dora Elizabeth B. Hanna, by and through her Personal Representative, King C. Hanna, Jr., and on behalf of a Class of Individuals Similarly Situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>Agape Senior, LLC; Agape Harbison, Inc.; Agape Lexington, Inc.; Agape Assisted Living, Inc.; Agape at Kathwood, Inc.; Carolinas Community Hospice, Inc.; Agape Senior Primary Care, Inc.; Agape Management Service, Inc.; Agape West Columbia; Agape Senior Conway; Scott Middleton and his agents, assigns and representatives; Jackson and Coker Locum Tenens, LLC DBA Jackson and Coker,<br><br>         Defendants. | Civil Action No. 3:12-cv-02872-JFA<br><br>**ORDER OF DISMISSAL OF JACKSON & COKER LOCUM TENENS, LLC D/B/A JACKSON AND COKER WITH PREJUDICE** |

This matter comes before the Court pursuant to a consent motion of Plaintiff and Defendant Jackson & Coker Locum Tenens, LLC d/b/a Jackson and Coker ("Jackson & Coker") for an order dismissing Jackson & Coker, with prejudice. (ECF No. 119). Based on the motion, the parties agree Plaintiff has concluded that she has no meritorious claims to assert against Jackson & Coker, and has therefore agreed that Plaintiff's claims against Jackson & Coker shall be dismissed, with prejudice. Therefore, it is hereby ORDERED that all claims and causes of action asserted against Jackson & Coker are hereby dismissed, with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

December 8, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge